MICHAEL G. BOYD (MB-4904)
Attorney At Law
Chestnut Hill Professional Center
157 Engle Street
Englewood, New Jersey 07631
(201) 894-9800
Attorney for Debtor

| | |
|---|---|
| In re:<br><br>Adefunke Obatusin,<br><br>        Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No. 09-33729<br><br>Hon. Rosemary Gambardella |

## CERTIFICATION OF SERVICE

Michael G. Boyd, an attorney duly admitted to practice law in the State of New Jersey and before this Court, does hereby certify that the attached Chapter 13 Plan Transmittal Letters were duly served upon the following via United States mail, postage prepaid on September 11, 2009:

> Ocwen Loan Servicing
> 12650 Ingenuity Drive
> Orlando, FL 32826

Dated: September 11, 2009

MICHAEL G. BOYD
Attorney for Debtor

By:/s/ Michael G. Boyd
Michael G. Boyd (MB-4904)

G:\tmw7\data\files\Adefunke Obatusin14225620090911.WPD