**ASC-7321**
PHELAN HALLINAN & SCHMIEG, PC
By: Jennifer Novick JN2743
400 Fellowship Road, Suite 100
Mt. Laurel, New Jersey 08054-3422
(856) 813-5500
Attorneys for America's Servicing Company, as servicer for HSBC Bank USA, National
Association, as Trustee for NAAC Mortgage Pass-Through Certificates, Series 2007-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:                                              : CHAPTER 13
    ADEFUNKE M OBATUSIN
                                                    : CASE NO.  09-33729-RG
    Debtor
                                                    : **NOTICE OF MOTION**
                                                    : **FOR RELIEF FROM**
                                                    : **STAY**

Adefunke M Obatusin                    Michael G Boyd, Esquire
45 Lake Street                         157 Engle Street
Bergenfield, NJ 07621                  Englewood, NJ 07631

                                       Marie-Ann Greenberg, Trustee
                                       30 Two Bridges Road, Suite 330
                                       Fairfield, NJ 07004

PLEASE TAKE NOTICE that on January 5, 2010, at 10:00 a.m. or as soon as counsel may be
heard, the undersigned attorney for the secured creditor will move before the United States Bankruptcy
Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey for an Order Vacating the Automatic Stay,
with respect to property located at 45 Lake Street, Bergenfield, NJ and allowing America's Servicing
Company, as servicer for HSBC Bank USA, National Association, as Trustee for NAAC Mortgage
Pass-Through Certificates, Series 2007-1 to continue its contractual remedies or other remedies that may
be available under state law , by reason of failure of the debtor to make regular monthly mortgage
payments outside the Chapter 13 Plan.

Dated: December 10, 2009

                            /s/ Jennifer Novick, Esquire
                            PHELAN HALLINAN & SCHMIEG, PC
                            400 Fellowship Road, Suite 100
                            Mount Laurel, NJ 08054