MICHAEL G. BOYD (MB-4904)
Attorney At Law
Chestnut Hill Professional Center
157 Engle Street
Englewood, New Jersey 07631
(201) 894-9800
Attorney for Debtor

| In re:<br><br>Adefunke M. Obatusin<br><br>Debtor(s). | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No. 09-33729<br><br>Hon. Rosemary Gambardella |
|---|---|

## NOTICE OF CONVERSION TO CASE UNDER CHAPTER 7

Adefunke M. Obatusin, the Debtor in the above-referenced case, hereby gives notice pursuant to 11 U.S.C. § 1307(a) that she hereby converts her Chapter 13 cased filed on September 9, 2009 to a case under Chapter 7 of the Bankruptcy Code.

Dated: Englewood, New Jersey
June 3 , 2010

By: /s/ Adefunke M. Obatusin
Adefunke M. Obatusin, Debtor

G:\tmw7\data\files\Adefunke Obatusin14344320100512.WPD